L. Paul Mankin (SBN 264038)
Nicholas Dahl (SBN 320777)
LAW OFFICE OF PAUL MANKIN, APC
4655 Cass St., Ste. 410
San Diego, CA 92109
Phone: (800)-219-3577
Facsimile: (323) 207-3885
pmankin@paulmankin.com
ndahl@paulmankin.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FIELDS,<br><br>            Plaintiff,<br><br>    vs.<br><br>NATIONWIDE RECOVERY SYSTEMS LTD LIMITED PARTNERSHIP, and DOES 1 through 10 inclusive,<br><br>            Defendant. | Case No.: 8:21-cv-00449-DOC-JDE<br><br>**NOTICE OF SETTLEMENT** |

The Parties are pleased to report that this matter has settled in all respects, including Plaintiff's claims for damages and the Parties' attorney's fees, litigation expenses and costs. The Parties are currently preparing a written settlement agreement.

NOTICE OF SETTLEMENT - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Shortly thereafter, the parties will be filing a request for dismissal with prejudice but which will include a request that the Court retain jurisdiction to interpret and enforce the terms of settlement.

Date: April 6, 2021　　　　　　　　　LAW OFFICE OF PAUL MANKIN APC


　　　　　　　　　　　　　　　　　　__s/ L. Paul Mankin_____
　　　　　　　　　　　　　　　　　　L. Paul Mankin, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business Address is 4655 Cass St., Ste. 410, San Diego, CA 92109.

On April 6, 2021, I served the following document(s) described as **NOTICE OF SETTLEMENT** on all interested parties in this action by placing:

[X]  a true copy
[ ]  the original thereof enclosed in sealed envelope(s) addressed as follows:

| Rigby Slack<br>Attn: A. Lee Rigby, Esq.<br>3500 Jefferson Street, Suite 330<br>Austin, Texas 78731<br>Email: lrigby@rigbyslack.com | Attorney for Defendant,<br>NATIONAL RECOVERY SYSTEMS<br>LTD LIMITED PARTNERSHIP |
|---|---|

[X]  BY ELECTRONIC MAIL from email address ndahl@paulmankin.com to the previously-confirmed electronic service addresses of counsel for all parties to this action

[ ]  BY ELECTRONIC SERVICE: I served the document(s) on the person(s) listed in the service list above by submitting an electronic version of the documents(s) to One Legal, LLC, through the user interface at www.onelegal.com

[X]  STATE – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 6, 2021, at San Diego, California.

By:  *Nicholas Dahl*
      Nicholas Dahl